UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

                                    Criminal No. 15-cr-20652

v.

                                    Honorable George Caram Steeh

D-8 Michael Rogers,

    Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT
## OF SECOND SUPERSEDING INDICTMENT

---

I, D-8 Michael Rogers, defendant in this case, hereby acknowledge that I have received a copy of the Second Superseding Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One: Up to 20 years imprisonment, $250,000 in fines or both;
Count Twenty-Six: 5 years to Life imprisonment, $250,000 in fines or both;

                                              D-8 Michael Rogers
                                              Defendant

### ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

                                                Print Name:
                                              Counsel for Defendant

Dated: 3-19-16