UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        Case No.  15-CR-20652-8
vs.        HON.  GEORGE CARAM STEEH

D-8 MICHAEL ROGERS,

        Defendant.
_____/

ORDER STRIKING JUDICIAL NOTICE OF FRAUD [DOC. 314]

Defendant Michael Rogers, although represented by counsel, has filed judicial notice of fraud based on alleged violations of the Speedy Trial Act, as well as violations of constitutional rights.  A person's right to appear *pro se* or by counsel is disjunctive, and a person in a criminal matter has no right, constitutional or otherwise, to "hybrid representation" that results in simultaneous self-representation and representation by counsel.  28 U.S.C. § 1654; *United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987).  Accordingly,

IT IS ORDERED that the Clerk hereby STRIKE defendant's judicial notice of fraud [doc. 314].

Dated:  November 3, 2016

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 3, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk