### Murda

**Rappers**: Devon McClure, Billy Arnold, Corey Bailey

**Appearances**: Michael Rogers, Donnell Hendrix, Diondre Fitzpatrick

Corey Bailey Chorus:

In the hood where I'm from little niggas they murder

Every night and day, another nigga get murder, murder, murder, murder, murder, murder, murder, murder, murder, murder…

In the hood where I'm from little niggas they murder

Every night and day, little niggas get murdered, murder, murder, murder, murder, murder, murder, murder, murder, murder…

Through the gunsmoke, all you smell is murder

In the hood where I'm from little niggas they murder

Every night and day, little niggas get murdered, murder, murder, murder, murder, murder, murder, murder, murder, murder…

Squad you die


Devon McClure:

Coming from O-Die, also known as the Red Zone,

We in this bitch wilding, killing niggas for fun, dog,

Leaving niggas stinkin', stretched out in the bando,

Choppas is mandatory cause round here we don't play, no

Games get you killed in GTA, we don't play those,

Four eight two O-Die on fire just like a lit stove,

Bring that heat to you I'll drop you just like I drop four

Blood everywhere, gun smoke in the air

Today I bought a choppa kill you, no it ain't brand new

If I catch you with your daughter, that little dottie she gotta die too

Your face, her face, picture all on Fox 2

Fifty-five we an army, no fuck that, we some killers

While full of them pills uh, drug dealers, lean sippers,

Forty on me right now, you can take this bitch with you

Your family gonna miss you, your mom front row with that tissue screaming

Why they do my baby like that, my baby like that


Corey Bailey:

In the hood where I'm from little Niggas they murder

Every night and day, little niggas get murdered, murder, murder, murder, murder, murder, murder, murder, murder, murder, murder…

Through the gunsmoke, all you smell is murder

In the hood where I'm from…Berenzo…little Niggas they murder

Every night and day, little niggas get murdered, murder, murder, murder, murder, murder, murder, murder, murder, murder, murder…

Through the gunsmoke, all you smell is murder


Billy Arnold:

Red zone bitch with [UI] a place where you get your toe tag is random

Heard this bitch I had to sample, niggas still mad from past example

Real niggas be so proud to murder, all a nigga smell is loud 'n murder

Hash street beef to the wildest murder, killing niggas as kids calling childish murders

==Still ride around with extended clips, don't squash shit we finish shit==

==My hood, my squad, I'm in this shit==

When I was locked grand yards, [UI] there were shooters over here, my rides completed

Me and my niggas got a choppa piece and if you in the zone you bound to cross, you get your ass clapped like a round of applause,

Fast life, different cases, blow all up on you niggas faces

==Strap life you niggas fakin I do this shit for my niggas ain't make it==

==Berenzo bitch still murder niggas, get a good fresh air murder nigga==

Lotta these niggas I ain't heard of nigga, leave a shell in your back like a turtle nigga


Corey Bailey:

2

In the hood where I'm from little niggas they murder

Every night and day, little niggas get murdered, murder, murder, murder, murder, murder, murder, murder, murder, murder, murder…

Through the gunsmoke, all you smell is murder

In the hood where I'm from little niggas they murder

Every night and day, little niggas get murdered, murder, murder murder, murder, murder, murder, murder, murder, murder, murder…

Through the gunsmoke, all you smell is murder


Corey Bailey:

Little niggas they thuggin, human life ain't mean nothing

They kill you just as you mugging, my little niggas don't play around

Red zone not no playground, they fell in love with that K sound

Nigga I'm from that one way, ya'll niggas they about gun play

When it be they don't run away, catchin bodies is fun play

Have you gone in like one day, said I'm gonna to where my lay

Baby ma and ya son stay

We better keep it with burner, little niggas [UI]

Swear to God they will burn ya

Niggas call me C Murda, all I'm seein is murder

Disrespect and I'll murk ya

All you hearin is gunshots, all you smelling is gun smoke,

You ain't ready for gun war, what you carry a gun for?

We don't get down to snitching, don't need no murder witness

If a nigga start snitching, guaranteed he be missing


Corey Bailey:

In the hood where I'm from, little niggas they murder

Every night and day, little niggas get murdered, murder, murder, murder, murder, murder, murder, murder, murder, murder, murder…

Through the gunsmoke, all you smell is murder

In the hood where I'm from little niggas they murder

Every night and day, little niggas get murdered, murder, murder murder, murder, murder, murder, murder, murder, murder, murder…