## I'm Workin'

**Rappers**:  Donnell Hendrix

**Appearances**: Billy Arnold, Corey Bailey, Derrick Kennedy, Jeffaun Adams

**0:00**

Detroit we did it again my nigga

It's the re-up nigga, yeah, yeah

I'm working nigga

Star status, CDM, Hard Work

What up Smokie?

It's my time nigga

Fuck niggas, yeah

Pull up in the Zone and everybody get to coming

Cause I'm selling five dollar corner bout the onion

350 for the zips, whole thing we talking numbers

I been grinding for a minute, home boy I'm talking summers

Organized crime in my hood'll get you paid

So breaking any rule in my hood'll get you sprayed

Trusting anybody where I'm from'll get you played

So every transaction that I make I break a K.

Smoking out a half, drinking out a pint

Riding with the work but I keep it out of sight

Pistol on my lap, stupid nigga fuck a fight

And I got a shooter with me screaming mother fuck your life

Jewels on me dangling, tattoos showing

I'm a Red Zone nigga and my tattoos show it

We a clique full of heathens and the whole city know it

And my bitch got a winner and a whole nigga know it, bitch

Caught a plug every week and send the work home

Get it in, bag it up, then the work home

Bought an all gold Rolli off the work phone

If you ain't bout it for the money what you work for?

East side in this bitch pull them bands out

West side in this bitch pull them bands out

If you really getting money pull them bands out

How the fuck you getting money with your hand out?

[UI] and send him on some roochies,

Now we looking 4Gs, like niggas riding hoopties,

Everything checkered, we fell in love with Louie,

But can't nobody check us, so nigga keep it Gucci (for real)

Dub went and Block shot and I'm one hit away,

Until that day I'm on this corner with a ounce of [UI]

I'm selling lean by the pints, you can count the eighths,

Got the fiends beating for a track, call me Dr. Dre

Call my nigga Soda, just to whip the sodas,

Save my big brother Rick from my plug in Minnesota,

Got a pistol in the stash and another in the holster,

Every day I'm touching heat, fuck a oven or a toaster

I live like the mob, think like a boss

Disrespect the gang and that'll get you off

Try to touch my chain, I'll put you on a cross

Just bought another chain, diamonds clearer than a Voss, nigga

Caught a plug every week and send the work home

Get it in, bag it up, then the work home

Bought an all gold Rolly off the work phone

If you ain't bout it for the money what you work for?

East side in this bitch pull them bands out

West side in this bitch pull them bands out

If you really getting money pull them bands out

How the fuck you getting money with your hand out?

3:40