**Betrayal: Stop Bleekin**

**Rappers**:  Robert Brown

0:00

UI

Chorus (Brown):

If I see him out, I'm gonna gun him down,

This nigga Bleek a cop, so I gun him down,

100 shots out the chop, gun him down,

This shit aint gonna stop til I gun him down.


If I see him out, I'm gonna gun him down,

This nigga Bleek a cop so I gun him down,

100 shots out the chop, gun him down

This shit aint' gonna stop til I gun him down.


Brown:

This nigga Bleek a cop so I gun him down, when I catch him slippin won't play around.

Silencer on the Mac, won't make a sound.

Run up on some ops, gun em down.

Team full of killers, don't play around.

Only want the money, don't want the town.


If you want war, we at you now,

On my way with some blues, I'm in and out.

Everybody hate I don't care, sent the feds to the crib, I ain't there.

They say my phone tapped, I don't care.

I been catching bodies, didn't get a tear.


Beefing with gangs, that be everywhere, 50 out the .40, bitch, I'm never scared.

What a one on one, we don't fight fair,

I'm about to make your momma have a nightmare.


Chorus (Brown):

If I see him out, I'm gonna gun him down,

This nigga Bleek a cop so I gun him down,

100 shots out the chop, gun him down,

This shit aint gonna stop til I gun him down.


If I see him out, I'm gonna gun him down,

This nigga Bleek a cop so I gun him down,

100 shots out the chop, gun him down,

This shit aint' gonna stop til I gun him down.


2:03