# POTNAS

**Rappers**:  Billy Arnold

Intro:

It's for my potnas niggas,

The ones with ya right or wrong

Thick or thin [UI]

If he's your potna die with him, for real


Chorus:
This for my potnas nigga

I do this for my potnas nigga

Everytime a nigga move, it's for my potnas nigga

Spinning corners in rentals, with my potnas niggas

So if you with me then you with me you my potna nigga

This for my potnas nigga

I do this for my potnas nigga

Everytime a nigga move, it's for my potnas nigga

Spinning corners in rentals, with my potnas niggas (in background, "Berenzo")

So if you with me then you with me you my potna nigga


Arnold:

I lost black Q, I was sitting in a cold cell,

No money on my phone, and I don't receive no mail.

This shit hurtin' so bad, I had cold cells,

Now, if a nigga get killed, it's like oh well.

Know how it feel to lose your brother with a year left,

I cried so hard, I didn't think I had a tear left.

I asked God why you take the ones I really love,

And leave these niggas out here I should really slug. It

hurt so bad sometimes I feel like I can't cry,

And all these shootouts got me feelin' like I can't die.

I still cry for Whytes, my nigga, I can't lie,

A lot niggas done died, but this one can't [UI].

It's like I was with nigga on his birthday (in background, "Valentine's Day")

Then February 26 became my worst day (in background, "for real").

This for my potnas nigga

I swear it's for my potnas nigga

And if you're really with your potna, die with your potna nigga

Chorus:

This for my potnas nigga

I do this for my potnas nigga

This for my potnas nigga

I do this for my potnas nigga

Everytime a nigga move, it's for my potnas nigga

Spinning corners in rentals, with my potnas niggas

So if you with me then you with me you my potna nigga

Everytime a nigga move, it's for my potnas nigga Spinning corners in rentals,

with my potnas niggas

So if you with me then you with me you my potna nigga

### Arnold:

I'm blowing loud, thinking about my lost potnas nigga

And if he locked or if he dead, he a lost potna nigga

It's funny how money can change the close potnas nigga

Them losses have 'em looking at you like you caused it nigga

That's why that .40 cal Glock is my close potna nigga

In every situation, it's hitting those targets nigga

Why [UI] nigga if he's finished what he started nigga

'Bout 17 I became a heartless nigga (in background, "true story")

I remembered selling crack and shooting niggas the same time (in background, "Red Zone")

On the block yelling 'you straight' was the main line,

Selling work, flashing money, staying fresh hell,

[UI] every other second tryin' to catch a sale.

Ain't nothin' like you and your potna with that big bag,

Brand new buzz [UI], same color as some zig zags.

Your real potna with you nigga if you're right or wrong,

My real potna with me as I write this song.

### Chorus:

This for my potnas nigga

I do this for my potnas nigga

Everytime a nigga move, it's for my potnas nigga

Spinning corners in rentals, with my potnas niggas

So if you with me then you with me you my potna nigga

This for my potnas nigga

I do this for my potnas nigga

Everytime a nigga move, it's for my potnas nigga

Spinning corners in rentals, with my potnas niggas

So if you with me then you with me you my potna nigga

Arnold:

You're still my real potnas nigga,

ain't nothin' changed niggas,

till riding, still su- wooing,

still 5'ing,

ain't nothin' changed niggas,

I got you,

BIP to all my brothers,

212, I gots my potnas nigga